IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-123-FL

| | | |
|---|---|---|
| LEROY WILLIAMSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, and supplement thereto, on the basis of Johnson v. United States, 135 S. Ct. 2551, 2553 (2015) (DE 53, 55). The government is directed to file within 40 days of the date of this order a response to the petition, addressing issues raised therein, including whether petitioner's sentence exceeded the maximum authorized by law. See United States v. Surratt, ___ F.3d ___, 2015 WL 4591677, at *12 (4th Cir. July 31, 2015).

SO ORDERED this the 28th day of August, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge