IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-123-FL-1
No. 7:13-CV-194-FL

| | |
|---|---|
| LEROY WILLIAMSON, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert T. Numbers, II, regarding petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (DE 53) and the government's motion to dismiss (DE 60). No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, the government's motion to dismiss is GRANTED, petitioner's petition is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this the 22nd day of July, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge